Megan M. Coluccio, OSB No. 152530
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA 98101-4093
Telephone: 206.462.7560
megan.coluccio@sedgwicklaw.com

Nicholas J. Boos, *Admitted Pro Hac Vice*
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone: 415.781.7900
nicholas.boos@sedgwicklaw.com

Attorneys for Plaintiff TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>             Plaintiff,<br><br>v.<br><br>PEAK WEB, LLC, a California limited liability company,<br><br>             Defendant. | Case No. 3:16-cv-00132-SB<br><br>PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF DISMISSAL WITH PREJUDICE<br><br>[Clerk's Action Required] |

TO:         Clerk of the Court;

AND TO:     All Parties and their Counsel of Record.

PLEASE TAKE NOTICE that plaintiff Travelers Property Casualty Company of America hereby dismisses its complaint on file herein, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The defendant has not filed an answer to the complaint or a motion for summary judgment.

DATED this 11th day of April, 2016        SEDGWICK LLP

*s/Megan M. Coluccio*
Megan M. Coluccio, OSB No. 152530
*Attorneys for Plaintiff Travelers Property Casualty Company of America*